IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY HANDY
ADC #078350                                                                PETITIONER

v.                         Case No. 5-17-cv-00046-KGB

WENDY KELLEY, Director
Arkansas Department of Correction                                          RESPONDENT

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that petitioner Tommy Handy's petition is dismissed with prejudice. The relief sought is denied.

So adjudged this 30th day of October, 2018.

Kristine G. Baker
United States District Judge